# **EXHIBIT A**

**Section 2.4** General Warranties and Liabilities of Originating Depository Financial Institutions

**Subsection 2.4.1** General ODFI Warranties

An ODFI Transmitting an Entry warrants the following to each RDFI and ACH Operator in connection with such Entry at the time of the Entry's Transmission by or on behalf of the ODFI, unless another effective time frame is provided in this Subsection 2.4.1.

**Subsection 2.4.1.1** The Entry Is Authorized by the Originator and Receiver

(a) The Entry has been properly authorized by the Originator and the Receiver in accordance with these Rules.

(b) The Originator's authorization has not been revoked, the Origination Agreements concerning the Entry have not been terminated, and neither the ODFI, any Third-Party Sender, nor the Originator has actual knowledge of the revocation of the Receiver's authorization or of the termination of the agreement between the RDFI and the Receiver concerning the Entry.

(c) At the time the Entry is processed by an RDFI, the authorization for that Entry has not been terminated, in whole or in part, by operation of law. This Subsection 2.4.1.1(c) shall not apply if the RDFI has actual knowledge of the circumstances giving rise to such termination at the time it processes the Entry and the ODFI does not have such actual knowledge.

**Subsection 2.4.1.2** The Entry Complies with the Rules

The Entry complies with these Rules, including the use of the proper Standard Entry Class Code.

**Subsection 2.4.1.3** The Entry Is Not Transmitted on Behalf of a Suspended Originator or Third-Party Sender

The Entry is not Transmitted on behalf of any Originator or Third-Party Sender that the ODFI has been directed to suspend or that appears on a list of suspended Originators and Third-Party Senders issued by the National Association from time to time, in each case in accordance with Appendix Ten, Subpart 10.4.7.6 (Suspension and Appeal).

**Subsection 2.4.1.4** The Entry Contains Required Information

The Entry contains the Receiver's correct account number and all other information necessary to enable the RDFI to comply with the requirements of Subsection 3.1.5 (RDFI Obligation to Provide Information about Entries), except for information within the purview of the RDFI's relationship with the Receiver. All information Transmitted with the Entry is related to the payment represented by the Entry.

**Subsection 2.4.1.5** Credit Entry Is Timely

The credit Entry is timely.

**Subsection 2.4.1.6** Debit Entry Satisfies an Obligation, Corrects an Error, or Reclaims an Amount Received after Death or Legal Incapacity

The debit Entry is:

(a) for an amount that will be due and owing to the Originator from the Receiver on the Settlement Date;

(b) for a sum specified by the Receiver to be paid to the Originator;

(c) to correct a previous credit Entry that was an Erroneous Entry, or

(d) to reclaim from an RDFI an amount received by a recipient after death or legal incapacity of the recipient or the death of a beneficiary.

**Subsection 2.4.1.7** Secure Transmission of Banking Information

Banking information for the Entry is Transmitted in compliance with the requirements of Section 1.7 (Secure Transmission of ACH Information Via Unsecured Electronic Networks).

© 2019 NACHA — The Electronic Payments Association®

Content copied from https://www.nachaoperatingrulesonline.org/2.15497/s012/ss034-1.4276427

**Section 2.4** General Warranties and Liabilities of Originating Depository Financial Institutions

**Subsection 2.4.5** General Indemnity by ODFI

**Subsection 2.4.5.1** Indemnity for Breach of Warranty An ODFI shall indemnify every RDFI and ACH Operator from and against any and all claims, demands, losses, liabilities, and expenses, including attorneys' fees and costs, that result directly or indirectly from (a) the breach of any warranty made to such party by the ODFI under these Rules, or (b) the debiting or crediting of an Entry to a Receiver's account in accordance with the terms of the Entry, including any claims, demands, losses, liabilities, or expenses, and/or attorneys' fees and costs that result, either directly or indirectly, from the return of one or more items or Entries of the Receiver due to insufficient funds caused by a debit Entry.

**Subsection 2.4.5.2** Indemnity for Failure to Comply with Regulation E An ODFI shall indemnify every RDFI and ACH Operator from and against any claims, demands, losses, liabilities, or expenses, including attorneys' fees and costs, based on the ground that the failure of the ODFI to comply with any provision of these Rules resulted, either directly or indirectly, in the violation by an RDFI of the Federal Electronic Fund Transfer Act or Federal Reserve Board Regulation E.

© 2019 NACHA — The Electronic Payments Association®

Content copied from https://www.nachaoperatingrulesonline.org/2.15497/s012/ss034-1.4276427

**Section 3.1** General Rights and Responsibilities of RDFIs

**Subsection 3.1.1** RDFI Must Accept Entries An RDFI must accept Entries that comply with these Rules and are received with respect to an account maintained with that RDFI, subject to its right to return Entries under these Rules. An Entry is deemed to be received by an RDFI on the Banking Day on which the Entry is made available by the Receiving ACH Operator to the RDFI or to the RDFI's Receiving Point.

**Subsection 3.1.2** RDFI May Rely Solely on Account Numbers for Posting of Entries An RDFI may rely solely on the account number contained in an Entry for the purpose of posting the Entry to a Receiver's account, regardless of whether the name of the Receiver in the Entry matches the name associated with the account number in the Entry.

© 2019 NACHA — The Electronic Payments Association®

Content copied from https://www.nachaoperatingrulesonline.org/2.15497/s013/ss048-1.4276598